# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Loren Underwood, | Case No. 18-cv-2884 (PJS/HB) |
| Plaintiff, | |
| vs. | ORDER DISMISSING WITH PREJUDICE |
| City of Minneapolis and Minneapolis Police Officers John Does 1 through 8, | |
| Defendants. | |

Based upon the Stipulation of the parties filed on May 20, 2019 (ECF No. 17),

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

Dated: May 20, 2019        s/Patrick J. Schiltz
                           Patrick J. Schiltz
                           United States District Judge